## RAGAN *v.* CITY OF SEATTLE ET AL.

No. 121.   Decided October 8, 1962.

*Francis Hoague* for appellant.

*A. C. Van Soelen* for City of Seattle, appellee.

*J. Duane Vance* and *William S. Howard, Jr.* for Washington Music Merchants, Inc., intervening appellee.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.

## ERRINGTON *v.* MISSOURI.

No. 157.   Decided October 8, 1962.

*Walter A. Raymond* and *Kenneth C. West* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.